## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 24-CV-80689-ROSENBERG

WELCH PLASTERING, INC.,

      Plaintiff,

v.

UNITED STATES OF AMERICA,

      Defendant.

_____/

### JOINT STIPULATION OF DISMISSAL

The parties jointly stipulate, under Fed. R. Civ. P. 41(a)(1)(A)(ii) and pursuant to the parties' settlement agreement of November 18, 2024, to dismissal of this action with prejudice. The parties request that the Court close this action and cancel all deadlines.

Dated: November 21, 2024

Respectfully Submitted,


**/s/ Justin H. DiLauro**
JUSTIN H. DILAURO, ESQ.
Sr. Tax Attorney and Owner/Manager
DiLauro Tax Law, PLLC
9639 Hillcroft Street, Suite 844
Houston, Texas 77096
(888) 463-5829
(713) 456-2027 (fax)
JHD@DiLauroTaxLaw.com
USDC FLSD, *pro hac vice*
USDC TXSD No: 3865386
Texas State Bar No.: 24055404

*Counsel for Plaintiff Welch Plastering, Inc.*

DAVID A. HUBBERT
Deputy Assistant Attorney General
Tax Division

**Andrew J. Weisberg**
Andrew J. Weisberg (#A5502718)
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 14198
Washington, D.C. 20044
202-616-3884 (v)
202-514-4963 (f)
Andrew.J.Weisberg@usdoj.gov

*Of Counsel:*

MARKENZY LAPOINTE
United States Attorney
Southern District of Florida

2

## CERTIFICATE OF COMPLIANCE

I certify that, in accordance with Local Rule 5.1, this document is in Calisto MT font, size 13.

Date: November 21, 2024

*/s/ Andrew J. Weisberg*
ANDREW J. WEISBERG
Trial Attorney
U.S. Dept. of Justice, Tax Division

## CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2024, I electronically filed this document with the Clerk of Court using the CM/ECF system. All parties were served via notice through the Court's CM/ECF system.

Date: November 21, 2024

*/s/ Andrew J. Weisberg*
ANDREW J. WEISBERG
Trial Attorney, Tax Division
U.S. Department of Justice