UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CV-80689-RLR

WELCH PLASTERING, INC.,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.
_____/

### ORDER CLOSING CASE

This cause is before the Court on the parties' Joint Stipulation of Dismissal at docket entry 16. In light of the fact that this case has been dismissed with prejudice against Defendant United States of America, it is **ORDERED AND ADJUDGED**:

1. The Clerk of the Court is instructed to **CLOSE THIS CASE**.

2. All pending motions are **DENIED AS MOOT** and all deadlines are terminated.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 21st day of November, 2024.

                                                ROBIN L. ROSENBERG
                                                UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record